# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 2, 2007*

[Cite as *02/02/07 Case Announcements*, 2007-Ohio-417.]

## MOTION AND PROCEDURAL RULINGS

**2004–0586.  State v. Drummond.**
Mahoning App. No. 03–CR–358. This cause came on for further consideration of the motion of John P. Laczko and Dennis DiMartino to withdraw as counsel on behalf of appellant. Upon consideration thereof,
It is ordered by the court that the motion is granted.

**2006–1061.  Minster Farmer's Coop. Exchange Co., Inc. v. Meyer.**
Shelby App. No. 17–05–32, 2006-Ohio-1886. This cause is pending before the court as an appeal from the Court of Appeals for Shelby County. Upon consideration thereof,
It is ordered by the court that this cause be consolidated with 2006–1069, *Minster Farmer's Coop. Exchange Co., Inc. v. Dues*, Shelby App. No. 17–05–28, 2006-Ohio-1887, for the purpose of oral argument.

**2006–1069.  Minster Farmer's Coop. Exchange Co., Inc. v. Dues.**
Shelby App. No. 17–05–28, 2006-Ohio-1887. This cause is pending before the court as an appeal from the Court of Appeals for Shelby County. Upon consideration thereof,
It is ordered by the court that this cause be consolidated with 2006–1061, *Minster Farmer's Coop. Exchange Co., Inc. v. Meyer*, Shelby App. No. 17–05–32, 2006-Ohio-1886, for the purpose of oral argument.

**2006–2265.  Mendenhall v. Akron.**
Certified Question of State Law, United States District Court for the Northern District of Ohio, Eastern Division, Nos. 5:06 CV 0139 and 5:06 CV 0154. This cause is pending before the court on the certification of a state law question from the United States District Court. On January 29, 2007, petitioner Janice A. Sipe filed a motion for leave to file a brief in opposition to the United States District Court's certification order. Pursuant to S.Ct.Prac.R. XVIII(6), said parties were required to file no later than December 28, 2006, memoranda addressing all questions of law certified to this court. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,
It is ordered by the court, sua sponte, that the motion for leave is stricken.

**2007–0033.  Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–1444–GA–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of Vectren Energy Delivery of Ohio, Inc., for leave to intervene as appellee,
It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2006–1693.  State ex rel. Bray v. Hamilton Fixture Co.**
Franklin App. No. 05AP–821, 2006-Ohio-4459. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.